## (January 13, 1975)

In the Matter of ALBERT M. ROSENBLATT, as District Attorney of Dutchess County, Petitioner, v. JOSEPH JIUDICE, as Judge of the Dutchess County Court, Respondent. WILLIAM ABRUZZI, Intervenor-Respondent. On the court's own motion, its decision dated January 2, 1975 is amended by adding thereto the following: In our opinion, the respondent Judge would have been well advised to reserve decision on the motion to suppress to afford the District Attorney an opportunity on the trial to establish the admissibility of the seized photographs, etc. Under the circumstances, we assume that, if a motion for reargument be made in the County Court, it will be granted to the extent herein indicated. Gulotta, P. J., Hopkins, Cohalan, Christ and Shapiro, JJ., concur.

## FIRST DEPARTMENT, MARCH, 1975

## (March 3, 1975)

210 EAST 68TH STREET CORP., on Behalf of Itself and All Other Property Owners Similarly Situated, Appellant, v. CITY RENT AGENCY et al., Respondents, and LENA RICHARDSON et al., Intervenors-Respondents.— Order New York County, entered on November 4, 1974, unanimously affirmed, without costs and without disbursements. The stay presently in effect shall continue for 30 days from the date of the order entered herein. No opinion. Concur — Kupferman, J. P., Lupiano, Tilzer and Capozzoli, JJ.

PARKCHESTER TENANTS' ASSOCIATION, INC., et al., Respondents, v. LEONARD E. YOSWEIN, as Commissioner of the Department of Rent and Housing Maintenance, et al., Respondents, and PARKCHESTER MANAGEMENT CORP., Intervenor-Appellant. LENA RICHARDSON et al., Respondents, v. LEONARD E. YOSWEIN, as Commissioner of the Department of Rent and Housing Maintenance, et al., Respondents.— Order, Supreme Court, New York County, entered on November 21, 1974, unanimously affirmed, without costs and without disbursements. The stay presently in effect shall continue for 30 days from the date of the order entered hereon. No opinion. Concur — Kupferman, J. P., Lupiano, Tilzer and Capozzoli, JJ. [79 Misc 2d 859.]